**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WESLEY CORPORATION | ) | |
| | ) | Case No. 1:20-cv-6610 |
| v. | ) | |
| | ) | Hon. Steven C. Seeger |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff, Wesley Corporation ("Wesley"),

against the defendants operating the websites/webstores identified on Schedule "A" to Plaintiff's

Complaint (collectively, the "Infringing Webstores"), and Plaintiff having moved for entry of

Default and Default Judgment against the defendants not already dismissed, identified in

Appendix "A" (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and

preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants,

providing notice via e-mail, along with any notice that Defaulting Defendants received from the

ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under

all circumstances to apprise Defaulting Defendants of the pendency of the action and affording

them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise

plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products bearing counterfeit versions of the STUFZ mark (U.S. Reg. No. 4164154).

The registration is valid, unrevoked, and uncancelled. Defendants use the mark and display images protected by trademark and copyright on the infringing websites without Plaintiff's permission or consent.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 501), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that

1. Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, AliExpress, Amazon, eBay, Wish, etc., shall within three (3) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of goods using the STUFZ trademarks, including, but not limited to, any accounts

associated with the Defaulting Defendants listed on Schedule "A" not dismissed from this action; and

b.  disable any accounts linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing Webstores.

2. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of Ten Thousand Dollars (U.S.) and No Cents ($10,000.00) for using counterfeit STUFZ trademark and trade dress on products sold through at least the Infringing Webstores. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

a.  Alibaba, AliExpress, Amazon, eBay, Wish (collectively the "Platforms") and PayPal, Payoneer, WorldFirst, World First Asia Limited, World First Markets Limited, World First USA, Inc., Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram, Western Union, and any of their subsidiaries (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing Webstores identified in Schedule "A," except those dismissed, from transferring or disposing of any money or other of Defaulting Defendants' assets.

b.  All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors, are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform

3

or Payment Processor accounts within ten (10) business days of receipt of this

Order.

   c.   Plaintiff shall have the ongoing authority to serve this Order on the Platforms or

the Payment Processors in the event that any new accounts controlled or operated

by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms

or the Payment Processors shall within five (5) business days:

      i.   Locate all accounts and funds connected to Defaulting Defendants and

Defaulting Defendants' Infringing Webstores, including, but not limited to,

any accounts connected to the information listed in Schedule "A" of the

Complaint and any e-mail addresses provided for Defaulting Defendants by

third parties under the TRO;

     ii.   Restrain and enjoin such accounts or funds from transferring or disposing of

any money or other of Defaulting Defendants' assets; and

   iii.   Release all monies restrained in Defaulting Defendants' accounts to Plaintiff

as partial payment of the above-identified damages within ten (10) business

days of receipt of this Order.

     3. Plaintiff may pursue collection of this judgment as provided in the Federal Rules of

Civil Procedure.

     IT IS SO ORDERED.

Date:   March 12, 2021

                                   Steven C. Seeger
                                   United States District Judge

Appendix A

| Doe # | Merchant Name | Merchant ID |
|---|---|---|
| 1 | Ningbo Baice Intelligent Technology Co., Ltd. | decahome |
| 2 | Quanzhou HYFS Industry & Trade Co., Ltd. | hongyigroup |
| 3 | Yiwu Kaiding E-Commerce Ltd. | kaiding1 |
| 4 | Shanghai Ta World & Longbinary Business Service Co., Ltd. | lanbai |
| 5 | Ningbo Juyi Import & Export Co., Ltd. | maxseller |
| 6 | Ningbo Fine Source Imp&Exp Co., Ltd. Trading Company | nbfengxing |
| 7 | Ningbo Holly Imp. & Exp. Co., Ltd. | nbholly |
| 9 | Shenzhen Pangniu Technology Limited | puluz1 |
| 10 | Ningbo Senseng Manufacture & Trade Group Co., Ltd. | sensengplastic |
| 11 | Yiwu Senso Household Goods Co., Ltd. | sensowell |
| 12 | BestHomeGarden | 1361279 |
| 14 | Domyhome Store | 2226043 |
| 15 | AREYOUCAN Store | 2343348 |
| 16 | Lake Side Store | 2674047 |
| 17 | IYouNice Store | 2693028 |
| 18 | EMAKA Store | 2712015 |
| 19 | KAYCROWN Store | 2785013 |
| 20 | FOREST HOUSE Store | 2793104 |
| 21 | GoodMood Store | 2944038 |
| 22 | HOMEVISION DECOR Store | 2946228 |
| 23 | SBLE Sanitary Ware Store | 3047025 |
| 24 | HelloKIMI Store | 3089116 |
| 25 | Handsome Store Store | 3206145 |
| 26 | OneHome Store | 3547003 |
| 27 | Homes&Life CO.,LT D Store | 3626002 |
| 28 | POSEPOP Sanitary Ware Store | 3631175 |
| 29 | NewColorKithen Store | 3716003 |
| 30 | Family in Store | 4041083 |
| 31 | TOPFENG Harvest Store | 4429180 |
| 32 | PandaFamily Dropshipping Pro Store | 4673059 |
| 33 | SEAAN Official Store | 5056090 |
| 34 | Co-co'sPet Store | 5082398 |
| 35 | Ywksfamily Store | 5233033 |
| 36 | Dreamer Life Museum Store | 5606112 |
| 37 | PigPig | A10M9FIWNULXB |
| 38 | Bonaweite | A1WGWVMR8WSVA |
| 39 | Sumonrat Boondol | A22DVSSCGODSCV |
| 41 | MartialQC | A2PC16ATZ36H1J |
| 42 | Eric's department store | A2PNA6IECU8C8 |
| 43 | YUXINMAOYI | A35OVHTQHPPFG7 |
| 44 | Artwork decoration | A370ZHHAG9SVII |

| 45 | Worldshops | A3A3GOUY3X55Y5 |
|---|---|---|
| 46 | SvendG. | A2SWJIE7Y6I3Z1 |
| 47 | SHENGLUO | A2U2D3OY1POE4P |
| 48 | WiSiRi | A2NEBK3LQJWUCS |
| 49 | Longhairdog | 14334413 |
| 50 | Ewin24 | 14772852 |
| 51 | Augustsmoke | 16703652 |
| 52 | Fashion_pillows | 19874601 |
| 53 | Jackwang07 | 20056508 |
| 54 | Erikaning | 20071204 |
| 55 | Binfengchen | 20505286 |
| 56 | Mp917 | 20513328 |
| 57 | Lotlot | 20530260 |
| 58 | Homeju | 20601060 |
| 59 | Heqishengcai50 | 20603197 |
| 60 | Rabbit0701 | 20637389 |
| 61 | GI8888 | 21333800 |
| 62 | Buycheapsdhgate | 21511871 |
| 63 | Qianandhgate | 21511973 |
| 64 | Qiananclothings | 21511978 |
| 65 | Enbabyhomes | 21511988 |
| 66 | Globaltradingco | 21523315 |
| 67 | Gowdesigner | 21524175 |
| 70 | ebuytrade / ebuystars | ebuytrade |
| 71 | evelino1974 | evelino1974 |
| 72 | fashiondeals18 | fashiondeals18 |
| 73 | faylisvow002 | faylisvow002 |
| 74 | hatimali48 | hatimali48 |
| 76 | skystarshop | skystarshop |
| 77 | svha1390 | svha1390 |
| 78 | tesas331 | tesas331 |
| 79 | xinyueda2018 | xinyueda2018 |
| 80 | yfxcreateshop | yfxcreateshop |
| 81 | zh-jiaxingtrading | zh-jiaxingtrading |
| 131 | niezhao Shop | 5538abd181a0bb0c4710bdf1 |
| 132 | fashionstore2u | 578b9b2350754b0b96db91fb |
| 133 | doodercooker | 57bacd63338a1318dfb5f28a |
| 134 | ebuy321 | 5de4c861ce98c10fc02e19f4 |
| 105, 112, 116, 129 | dab.wears | dab.wears |
| 68, 89 | asm-marketing | asm-marketing |
| 69, 83, 90, 94, 101, 104, 115, 120 | boutiqueshopstory | boutiqueshopstory |

| | | |
|---|---|---|
| 82, 85, 88, 93, 97, 100, 103, 108, 111, 114, 119, 123, 126, 128 | 3star_traders | 3star_traders |
| 84, 86, 91, 95, 98, 102, 106, 109, 117, 121, 124 | sautto2008 | sautto2008 |
| 87, 92, 96, 99, 107, 110, 113, 118, 122, 125, 127, 130 | tecsstyle | tecsstyle |